1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for the
   United States of America
7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   1:12-CR-00265-LJO-SKO
                                )
12              Plaintiff,      )   ORDER FOR FORFEITURE
                                )   MONEY JUDGMENT
13      v.                      )
                                )
14 APRIL LYNN MYLES,            )
                                )
15              Defendant.      )
                                )
16 _____)

17      Based upon the United States' Application for Forfeiture Money

18 Judgment and the plea agreement entered into between plaintiff

19 United States of America and defendant April Lynn Myles,

20      IT IS HEREBY ORDERED that

21      1.   The defendant April Lynn Myles shall forfeit to the United

22 States the sum of $80,000.00 and that the Court imposes a personal

23 forfeiture money judgment against defendant in that amount.

24      2.   Any funds applied towards such judgment shall be forfeited

25 to the United States of America and disposed of as provided for by

26 law.  Prior to the imposition of sentence, any funds delivered to

27 the United States to satisfy the personal money judgment shall be

28 seized and held by the United States Marshals Service, in its secure

                              1         Order for Forfeiture Money Judgment

custody and control.

3. This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $80,000.00 to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

**Dated:   March 13, 2013**         /s/  Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE